# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**TESLUACH K. GATKUOTH,**<br><br>　　　　　　　　**Defendant.** | **8:22CR112**<br><br>**ORDER** |

　　　　The Government's Motion to Extend Time to Respond to Defendant's Motion to Suppress and Request for Hearing (Filing No. 43) is granted. Accordingly,

**IT IS ORDERED:**

1. On or before **December 5, 2022**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **December 12, 2022**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **December 19, 2022**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **December 23, 2022, at 10:00 a.m.** The parties will use Restricted Order [41] for conference connection instructions.

Dated this 23rd day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge